UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ANNE E. BERGQUIST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 4:13-CV-91-FL |
| ) | |
| BARRIER ISLAND, INC., doing ) | |
| business as Outer Banks Ferry Service ) | |
| and JAMES A. BONAVITO, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Notice of Acceptance of Offer of Judgment filed by plaintiff in this case on December 17, 2013, and in accordance with Rule 68 of the Federal Rules of Civil Procedure, **IT IS ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered against defendants Barrier Island, Inc., doing business as Outer Banks Ferry Service, and James A. Bonavito, in the amount of Seventy-Five Thousand Dollars and no/100 ($75,000.00) in full and final settlement of all of plaintiff's claims, which sum includes all damages, attorneys' fees taxable as costs, and the remaining costs accrued as of the date of filing of the Offer of Judgment.

**This Judgment Filed and Entered on December 18, 2013, and Copies To:**

Thomas J. White, III (via CM/ECF Notice of Electronic Filing)
Charles K. McCotter, Jr. (via CM/ECF Notice of Electronic Filing)
Amiel J. Rossabi (via CM/ECF Notice of Electronic Filing)
Emily Jeffords Meister (via CM/ECF Notice of Electronic Filing)


December 18, 2013          JULIE A. RICHARDS, CLERK
                            /s/ Christa N. Baker
                           (By) Christa N. Baker, Deputy Clerk